AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia    Richmond Division

| Keith P. Cecil and Tammie L. Cecil | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:11CV528 |
| Samuel I. White, P.C. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Samuel I. White, P.C.
c/o Wm. Adam White, Registered Agent
5040 Corporate Woods Dr., Suite 120
Virginia Beach, VA 23462

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
Name of clerk of court

Date: __AUG 12 2011__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*