IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KEITH P. CECIL,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:11cv528

SAMUEL I. WHITE, P.C.,

    Defendant.

### ORDER

Having reviewed DEFENDANT SAMUEL I. WHITE, P.C.'S MOTION FOR EXTENSION OF TIME (Docket No. 5), and there being no objection by the plaintiffs, it is hereby ORDERED that DEFENDANT SAMUEL I. WHITE, P.C.'S MOTION FOR EXTENSION OF TIME (Docket No. 3) is granted. It is further ORDERED that Samuel I. White, P.C. shall file its Answer and any other motions with respect to the Complaint by October 5, 2011.

    It is so ORDERED.

                                              /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011