

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

RACHID NAIM,

    Plaintiff,

v.                                    Civil Action No. 3:11cv168

SAMUEL I. WHITE, P.C.,

    Defendant.


KEITH P. CECIL,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:11cv528

SAMUEL I. WHITE, P.C.,

    Defendant.


JAN D. FELTON,

    Plaintiff,

v.                                    Civil Action No. 3:11cv556

SAMUEL I. WHITE, P.C.,

    Defendant.


TINA P. SOLOMON,

    Plaintiff,

v.                                    Civil Action No. 3:11cv628

SAMUEL I. WHITE, P.C.,

    Defendant.

MICHAEL A. FOLEY,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:11cv698

SAMUEL I. WHITE, P.C.,

    Defendant.


JULIA DES OGUGUA,

    Plaintiff,

v.                                Civil Action No. 3:11cv831

SAMUEL I. WHITE, P.C.

    Defendant.


**ORDER**

Having conferred with counsel at the Initial Pretrial Conference in <u>Cecil v. Samuel I. White, P.C.</u>, Civil Action No. 3:11cv528, <u>Solomon v. Samuel I. White, P.C.</u>, Civil Action No. 3:11cv628 and <u>Foley v. Samuel I. White, P.C.</u>, Civil Action No. 3:11cv698, on January 18, 2012, and counsel (who are counsel in all the above listed cases as well) having agreed, it is hereby ORDERED that the above-captioned cases are consolidated for all purposes, including trial. All future pleadings shall be filed under the style <u>Rachid Naim, et al. v. Samuel I. White, P.C.</u>, Civil Action No. 3:11cv168. It is further ORDERED that the cases are set for trial at 9:30 a.m. July 30, 2012 before a jury and that the Final Pretrial Conference is set for 9:30 a.m. July 23, 2012. All cases

2

are hereby referred to Magistrate Judge M. Hannah Lauck for settlement purposes.

It is further ORDERED that counsel shall submit a Consent Order reflecting a schedule for discovery and motions herein. The schedule of pretrial events defined in Section V of the SCHEDULING ORDER (Pretrial Schedule A) (Docket No. 16) entered in <u>Naim v. White</u>, Civil Action No. 3:11cv168, shall be controlled by Section V of the Scheduling Order.

It is hereby ORDERED that the Clerk shall file a copy of this Order in all case actions listed above.

The Clerk is directed to send a copy of this Order to Magistrate Judge Lauck.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 19, 2012